IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. CR 06-14LRR |
| vs. | ) ) ) | |
| DONALD LEE WEBSTER, JR. | ) ) ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on May 31, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the defendant's guilty plea entered on May 24, 2006, in which defendant consented to the forfeiture of any interest he had or has in the firearm and ammunition alleged to be subject to forfeiture under the Forfeiture Allegation of the February 13, 2006, Indictment;

AND WHEREAS, on September 11, 2006, September 18, 2006, and September 25, 2006, the United States published notice of the forfeiture in the *Cedar Rapids Gazette,* a newspaper of general circulation in the area the firearm and ammunition were seized, and of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, no third-party claims have been made for return of seized property against the firearm and ammunition included in the Preliminary Order of Forfeiture entered on May 31, 2006.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to the hereinafter described property of the defendant named, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to defendant Donald Lee Webster, who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

   (a) a Marlin .22 caliber rifle, Glenfield Model 60, serial number 23422991;
   (b) three boxes of Stinger .22 long-rifle ammunition; and
   (c) one box of Federal .22 rounds

seized from defendant on or about May 31, 2004.

3. That the Bureau of Alcohol, Tobacco, Firearms, and Explosives, is hereby authorized to dispose of the firearm and ammunition identified in paragraph 2 of this Order.

4. That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

5.   That the Clerk of the Court shall forward three certified copies of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Martin J. McLaughlin.

Ordered this 30 day of Oct, 2006.

*[signature]*
Linda R. Reade
Judge, U.S. District Court
Northern District of Iowa